UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL M. DURAM,<br><br>      Plaintiff,<br><br>vs.<br><br>SAMARITAN HOUSE,<br><br>      Defendant. | Case No. CV-18-029-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

  Dated this 11th day of April, 2018.

            TYLER P. GILMAN, CLERK

            By: /s/ A. Puhrmann
            A. Puhrmann, Deputy Clerk